■ P. L. B. DELI, INC., v. CHEER'S COFFEE SHOPS, INC.— Motion for leave to dispense with printing granted insofar as to dispense with the printing in

the record on appeal of the exhibits referred to in the moving papers, on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.